UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA DUARTE,<br><br>    Plaintiff,<br><br>    v.<br><br>MWI VETERINARY SUPPLY CO., et al.,<br><br>    Defendants. | No. 1:21-cv-00920-DAD-EPG<br><br>ORDER SUBMITTING ACTION TO ARBITRATION, AND STAYING ACTION PURSUANT TO THE PARTIES' STIPULATION,<br><br>(Doc. No. 6) |

On July 21, 2021, the parties to this action filed a stipulation notifying the court that they have agreed to submit this matter to binding and final arbitration "pursuant to the Federal Arbitration Act and the Arbitration Agreement between the parties, which covers all claims alleged in the Complaint." (Doc. No. 6 at 3.) Pursuant to that stipulation, and good cause appearing, the court orders as follows:

1. This action shall be submitted to final and binding arbitration conducted pursuant to the Federal Arbitration Act and to the parties' Arbitration Agreement;

2. The arbitration shall take place through JAMS and shall be governed by the Arbitration Agreement in accordance with the JAMS Employment Arbitration Rules;

/////

3. This action shall be stayed pending arbitration, and all dates currently on calendar are vacated; and

4. The parties are required to notify the court that arbitration proceedings have concluded within fourteen (14) days of the issuance of the arbitrator's decision.

IT IS SO ORDERED.

Dated: **July 26, 2021**

_____
UNITED STATES DISTRICT JUDGE

2