UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA DUARTE,<br><br>    Plaintiff,<br><br>  v.<br><br>MWI VETERINARY SUPPLY CO., *et al.*,<br><br>    Defendants. | Case No.  1:21-cv-00920-ADA-EPG<br><br>ORDER RE: STIPULATION OF JOINT DISMISSAL<br><br>(ECF No. 11). |

  On January 11, 2023, the parties filed a joint stipulation for dismissal with prejudice and with each party to bear its own attorneys' fees and costs. (ECF No. 11). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice, with each party to bear its own attorneys' fees and costs. Accordingly, the Clerk of Court is directed to close this case.
IT IS SO ORDERED.

Dated:   **January 20, 2023**　　　　　　/s/ *Erica P. Grosjean*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1